UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SALVADOR HERRERA,

    Petitioner,

 v.

ALEJANDRO N. MAYORKAS, *et al.*,

    Respondents.

Case No. C24-1933-JNW-MLP

ORDER FOR SERVICE AND RETURN, § 2241 PETITION

  Petitioner, proceeding *pro se*, has filed a 28 U.S.C. § 2241 immigration habeas petition, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). Having reviewed the petition, the Court ORDERS:

  (1) The Clerk shall arrange for service upon Respondent Bruce Scott, Warden of the Northwest ICE Detention Center,[1] upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western

---

[1] Petitioner also identifies Alejandro N. Mayorkas, Merrick Garland, and Nathalie Asher as Respondents in his petition. However, the proper respondent to a habeas petition is "the person who has custody over [the petitioner]." 28 U.S.C. § 2242; *see also* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). As the Warden of the Northwest ICE Detention Center is the person who has immediate custody over Petitioner, the Warden is the only proper Respondent in this action.

ORDER FOR SERVICE AND - 1

District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

(2) **Within 30 days of the date this Order is posted**, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful because ICE is unable to effectuate his removal in the reasonably foreseeable future. Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the return, Respondent shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no later than 21 days after the return is filed, and Respondent may file and serve a reply no later than 28 days after the return is filed.

(4) If Petitioner's custody status changes at any point during this litigation, **Respondents shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and the Honorable Jamal N. Whitehead.

Dated this 23th day of December, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

RETURN, § 2241 PETITION - 2