UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SALVADOR HERRERA,

          Petitioner,

   v.

ALEJANDRO N. MAYORKAS, *et al.*,

          Respondents.

Case No. C24-1933-JNW-MLP

ORDER

      This is an immigration habeas action proceeding under 28 U.S.C. § 2241. Respondent's motion to dismiss is currently noted for February 19, 2025. (Dkt. # 7.) This matter is before the Court on Petitioner's motion for a sixty-day extension of time to respond to Respondent's motion to dismiss. (Dkt. # 10.) In a supporting declaration, Petitioner indicates he is in segregated custody and has been permitted only one hour per day to research, draft, type, and make copies of his response. (Dkt. # 11.) Respondent has filed no opposition to Petitioner's motion.

      Finding good cause, the Court GRANTS Petitioner's motion (dkt. # 10). Petitioner shall file a response to the motion to dismiss by **April 14, 2025**. Respondent's reply is due **April 21, 2025**. The Clerk is directed to re-note the motion to dismiss (dkt. # 7) for **April 21, 2025**, and to

ORDER - 1

send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Jamal N. Whitehead.

Dated this 14th day of February, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2