UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SALVADOR HERRERA,

                Petitioner,

    v.

ALEJANDRO N. MAYORKAS, *et al.*,

                Respondents.

Case No. C24-1933-JNW-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Government's motion to dismiss (dkt. # 7) is GRANTED. Petitioner's petition for writ of habeas corpus is DENIED and this action is DISMISSED with prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

//

ORDER - 1

Dated this 15th day of August, 2025.

                                             _____
                                             Jamal N. Whitehead
                                             United States District Judge

ORDER - 2